**90–2226.** State ex rel. Dickey–Grabler Co. v. Indus. Comm. *Franklin County*, No. 87AP–642. Reported at 63 Ohio St.3d 465, 588 N.E.2d 849. On motion for rehearing. Rehearing denied.

**91–385.** Fisher v. Ohio Univ. *Franklin County*, No. 90AP–573. Reported at 63 Ohio St.3d 484, 589 N.E.2d 13. On motion for rehearing. Rehearing denied.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**92–8.** Cotten v. Cotten. *Marion County*, No. 9–91–19. Reported at 63 Ohio St.3d 1449, 589 N.E.2d 392. On motion for rehearing. Rehearing denied.

**92–106.** Cleveland v. Fraternal Order of Police Lodge 8. *Cuyahoga County*, No. 61305. Reported at 63 Ohio St.3d 1449, 589 N.E.2d 392. On motion for rehearing. Rehearing denied.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

# DISCIPLINARY DOCKET

**91–1745.** Mahoning Cty. Bar Assn. v. Cregan. On reply to show cause order. Show cause order vacated at this time.
MOYER, C.J., and WRIGHT, J., not participating.